EXHIBIT A

FILED
GA. CARROLL COUNTY

CLERK_____ COURT

2017 MAY 11 AM 11: 37

*CLERK SUPERIOR COURT*
*CARROLL COUNTY GEORGIA*

# IN THE SUPERIOR COURT OF CARROLL COUNTY

## STATE OF GEORGIA

KEVIN BASCOM
Plaintiff

V

JP Morgan Chase Bank National Association
1544 Old Alabama Road
Roswell Georgia 30076

American Mortgage Network
1041 Water ridge Circle ste 250
San Diego   California 92121

Union Security Mortgage Corporation
P.O.Box 943
Hiram Georgia 30141

U.S.Bank National Association
425 Walnut Street
Cincinnati Ohio   45202
(Indenture   Trustee)

Mortgage Electronic Registration Systems, Inc

All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property
Defendants

CIVIL ACTION
NO.

17-CV-542

## PLAINTIFF KEVIN S BASCOM ALLEGES AS FOLLOWS:

The Plaintiff is an adult who resides at
290 Reed Road
Villa Rica Ga 30180

*All that tract or parcel lying and being in land Lot 126 of the 6th District of Carroll County, Georgia, and being more particularly described as follows:*
*BEGINNING at an iron pin on the Northerly side Villa Rica - Flat Rock Road at a point 220 feet West of the East Land Lot line and 460 feet North of the South Land Lot line at the Southwesterly corner of the Great Northern Timber Co. Property and running thence North 55 degrees 53 minutes 38 seconds West, 168.26 feet to an iron pin; thence North 50 degrees 19 minutes 34 seconds East, 266.27 feet to an iron pin; thence South 8 degrees 19 minutes 54 seconds East, 381.2 feet to an iron pin at the POINT OF BEGINNING. Being 1.04 acre according to a plat of survey of the Buna Chism Property prepared by Harrison Engineering Co., March 20 1975. Being the same property conveyed in Deeds Records in Deed Book 329, Page 843 and Deed book 1195, page 23 Carroll County, Georgia Records.*

D A T E  O F  C L O S I N G:   JANUARY 31 2007

The Plaintiff came to the closing with the intention of acquiring the above mentioned property with the down payment.

The Plaintiff had or received no ownership rights at the origination of the loan and came to the closing with intention for ownership to the property.

Every payment to the note was made by Plaintiff, totaling to roughly 5 years of mortgage payments.

The Plaintiff was placed in a position to handle any and all issue relating to the property without any rights to the property, ie repairs and maintenance, legal matters etc
Even overcoming a near Foreclosure in 2008
Having to obtain a lease to turn my own lights on, etc etc etc.

Plaintiff had to live with the fact that the home could be taken away if mother passed, the full amount of the loan would be due.

Numerous attempts were made by the Plaintiff to Defendants regarding the ownership rights of the above mentioned property almost every telephone conversation this was reiterated to no avail.

No action was ever taken buy Defendants to rectify situation
Defendants were in a more advantageous position. Unjust Enrichment
The holder in due course is the only one who can recast the loan
The inability to access all options available to save the property became limited, and deteriorated as time passed
The position it put me and my mother through destroying and affecting both parties finances   and credit

THE PLAINTIFF KEVIN S BASCOM:

Question's
the validity in the chain of title, the validity of all assignments, the executed agreement that assigns the pool of mortgages, the schedule of the pooled mortgaged loans that clearly and specifically identifies the mortgage at issue as among those assigned, so as to establish themselves as the legitimate mortgage holder

U.S. BANK   V   IBANEZ

BANK OF N.Y.   V   RAFTOGIANIS

THE PLAINTIFF CLAIMS:

UDAP AND OR FTC ACT VIOLATIONS
subsection 227.14
Cosigner Violations of persons over 65

FAIR BUSINESS PRACTICES ACT:
Violations   subsections(10-1-393) (10-1-393a)

BREACH OF IMPLIED DUTY
Deacon V Deacon 122 Ga. App.513,177 S.E.2d 719 (1970)

FRAUD:
When the failure to perform the promised act is coupled with the present intention not to perform, fraud in the legal sense is present;

Constructive fraud as well as actual fraud voids the contract at the election of the injured party.

Any misrepresentation intended to deceive and which does deceive is a fraud, and the plaintiff seeks remedies

And the Plaintiff prays the court may authorize a rescission of written release from any liability
    Cone Mills Corp v A.G.Estes, inc, 377 F Supp. 222 (N.D.Ga.1974)

The Plaintiff is holding JP MORGAN CHASE BANK NATIONAL ASSOCIATION   and all affiliates connected with this loan in any legal capacity accountably for all proper legally certified documents relating to the above mentioned property   effective as of foreclosing procedure

Actual and Statutory damages Minimum damages, Multiple damages, Equitable relief and attorney fees. restitution for pain and suffering in the amount the Court deems fi

THE PLAINTIFF  KEVIN S BASCOM CLAIMS:

QUIET TITLE

AS TO DEFENDANTS JP MORGAN CHASE BANK; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO;

The Plaintiff seeks to quiet title as of march 1st 2010 Plaintiff seeks a judicial declaration that the title to the Subject Property is vested in Plaintiff alone and that the Title Defendants and each of them be declared to have no interest estate, right, title or interest in the subject property and that the Title Defendants their agents and assigns, be forever enjoined from asserting any estate, right title or interest in the Subject Property subject to Plaintiff's rights.

PRESCRIPTIVE TITLE

The Plaintiff claims a claim of right to the property, right of prescription along with GOOD FAITH as i am the sole user of the property in subject and have been since JANUARY 31 2007

LATHAM V FOWLER 192 Ga.686,16 S.E,2d 591 (1941)

EWING V TANNER,184 Ga.773, 193 S.E.243 (1937)

The Plaintiff claims constructive possession of the subject property in question and prays the court will grant the prescriptive title to the above referenced property which is covered by the deed

MINCEY V ANDERSON 206 Ga. 572, 57 S.E.2d 922 (1950)

PRAYER FOR RELIEF

Wherefore Plaintiff pray for judgement against the Defendants and each of them. jointly and severally, as follows:

1) For a declaration of the rights and duties of the parties. specifically that the foreclosure of Plaintiff residence was wrongful.
2) For issuance of an Order canceling all Trustee's Deed upon Sale
3) To vacate the Trustee's Deed
4) To vacate and set aside all foreclosure sale's since January 31st 2007
5) To quiet title in favor of Plaintiff and against Defendants.
6) For compensatory, special, general and punitive damages according to proof against all Defendants.
7) For civil penalties pursuant to statute, restitution, injunctive relief and reasonable attorneys fees according to proof
8) For reasonable costs of suit and such other and further relief as the court deems proper
9) That all Defendants, their successors, agents, representatives, employees, and all persons who act in concert with them be

permanently enjoined from committing any acts of unfair competition in violation of
    Georgia statute and Law including but not limited to the violations alleged herein.

DATED: May 10, 2017

By: *[signature]*

KEVIN S BASCOM

PLAINTIFF

BK    PG
4715  128

RETURN RECORDED DOCUMENT TO
HARTLEY, ROWE & FOWLER, P.C.
P. O. BOX 489
DOUGLASVILLE, GA 30133
FILE NO. C AS
NTE

232889

PT-61-022-2010 - 000911
CARROLL COUNTY, GEORGIA
REAL ESTATE
TRANSFER TAX PAID $ -0-
INTANGIBLE TAX PAID $ ---
DATE  3-1-10

/s/ Alan J. Lee
CLERK OF SUPERIOR COURT

FILED
GA., CARROLL COUNTY
CLERK SUPERIOR COURT
10 MAR -1 PH 12: 12

/s/ 
CLERK SUPERIOR COURT
CARROLL COUNTY GEORGIA

STATE OF GEORGIA
COUNTY OF DOUGLAS

## WARRANTY DEED
(Joint Tenancy)

THIS INDENTURE, made the 24th day of February, in the year two thousand and ten, between

### PEARL MADDEN

of the County of Carroll, and State of Georgia, as party or parties of the first part, hereinafter called Grantor, and

### PEARL MADDEN AND KEVIN BASCOM

as party or parties of the second part, hereinafter called Grantee (the words "Grantor" and "Grantee" to include their respective heirs, successors and assigns where the context requires or permits).

WITNESSETH: That the said Grantor, for and in consideration of the sum of Ten and No/100 ($10.00) Dollars, in hand paid, at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, has granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell and convey unto the Grantees, as joint tenants with right of survivorship as defined and created by Ga. Laws 1976, p. 1438 and 1439 (O.C.G.A. 44-6-190), the heirs, executors and assigns of the survivor, the following described real property, to-wit:

ALL THAT TRACT or parcel of land lying and being in Land Lot 126 of the 6th District of Carroll County, Georgia, and being more particularly described as follows:

Beginning at an iron pin on the Northerly side of Villa Rica-Flat Rock Road at a point 220 feet West of the East Land Lot line and 460 feet North of the South Land Lot line at the Southwesterly corner of the Great Northern Timber Co. Property and running thence North 55 degrees 53 minutes 38 seconds West, 165.32 feet to an iron pin; thence North 47 degrees 07 minutes 09 seconds West, 168.26 feet to an iron pin; thence North 50 degrees 19 minutes 34 seconds East 266.27 feet to an iron pin; thence South 8 degrees 19 minutes 54 seconds East, 381.2 feet to an iron pin at the POINT OF BEGINNING. Being 1.04 acres according to the plat of survey of the Buna Chism Property prepared by Harrison Engineering Co., March 20, 1975.

Being the same property conveyed in Deed Records in Deed Book 329, Page 843 and Deed Book 1195, Page 23, Carroll County, Georgia Records.

BK    PG
4715  129

TO HAVE AND TO HOLD the said tract or parcel of land, with all and singular the rights, members and appurtenances thereof, to the same being, belonging, or in anywise appertaining, to the only proper use, benefit and behoof of the Grantees, as joint tenants with right of survivorship as defined above, the heirs, executors and assigns of the survivor, forever, in Fee Simple.

AND SUBJECT TO the title matters expressly set forth hereinabove, if any, Grantor will warrant and forever defend the right and title to the above described tract or parcel of land unto the Grantees against the claims of all persons whomsoever.

IN WITNESS WHEREOF, Grantor has signed and sealed this Deed the day and year first above written.

Signed, sealed and delivered           *Pearl Madden* (SEAL)
in the presence of:                     PEARL MADDEN

_____
Witness

_____
Notary Public

[Notary Seal - Georgia]

RECORDED   MAR 0 2 2010
Alan J. Lee, CLERK



# IN THE MAGISTRATE COURT OF CARROLL COUNTY
## STATE GEORGIA

Case No. 2017CV0152

JPMorgan Chase Bank, National Association
1604 Old Alabama Road
Roswell, GA 30076
(404) 417-3275 / MDM
Address & Phone No. (Plaintiff)

Pearl Madden "And All Others"
290 Reed Rd
Villa Rica, GA, 30180
Address & Phone No. (Defendant)

Directions to Property: _____

VS

APR 11 '17 9:32AM

Stuart Gordan Esq. (301946)

## AFFIDAVIT

Personally appeared _____, hereinafter referred to as affiant, who on oath says that he/she is owner/agent for owner, Plaintiff herein, and that the defendant(s) herein referred to as Tenant(s) is/are in possession, as tenant(s) of a dwelling/building/land/mobile home rental space identified or known as **290 Reed Rd** in Carroll County, Georgia which is the property of the Plaintiff, and that said tenant: (Please check all boxes that apply)

- ☐ is holding this property beyond the term for which it is leased or rented to the tenant;
- ☐ that tenant fails or refuses to pay the rent now due in the amount of $ **N/A**, together with court cost of $ **N/A** and late fees in the amount of $ **N/A** for a total of $ **N/A**.
- ☐ tenant hold the property at sufferance and the owner desires possession of the premises; **after foreclosure sale**
- ☐ Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
- ☐ tenant has violated the terms or conditions of the lease as set out below;

Comments: _____

Affiant makes this affidavit that a WRIT may issue for the removal of said defendant together with his property from the said house and premises described herein and that a judgment be granted for past due rent, costs and damages as described herein. Affiant further shows that he has demanded possession of the premises and that the same has been refused by the tenant.

Sworn to and subscribed before me this
_____ day of __April__, 20_17_

_____
Clerk/Deputy Clerk or Notary Public

_____
Affiant/Plaintiff

Stuart Gordan Esq. (301946)
(404) 417-3275 / MDM
(404) 417-3276 Fax

## SUMMONS

**TO THE DEFENDANT IN THE ABOVE-STYLED ACTION, GREETINGS:**
You are hereby commanded and required to make an answer to this action within 7 days after service of this affidavit. If you fail to answer, a writ of possession will be issued to the plaintiff. Your answer must be filed in person, in writing during regular court hours, 8 am - 5 pm Monday-Friday, at the Carroll County courthouse, 166-A Independence Dr, Carrollton, Georgia.

Witness the Honorable __Alton Johnson__, Judge of said Court.

This _____ day of __April__, 20__

_____
Clerk/Deputy Clerk

- ☐ I have served this day the defendant _____ personally with a copy of the within action and summons
- ☒ I have served this day the defendant by leaving a copy of the foregoing with a person of suitable age and discretion at his/her most notorious place of abode in this county, to wit: _____ a person described as ____ age ____ weight ____ height domiciled in the residence of the aforesaid.
- ☒ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the U.S. mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

This _12_ day of __April__, 20_17_

MR-136-000016

REO ADVANTAGE INC.

07/03/2013

## IMPORTANT NOTICE REGARDING YOUR OCCUPANCY OF THE PROPERTY

### (THIS IS NOT A NOTICE TO VACATE)

Dear Occupant(s):

Please be advised that JP Morgan Chase Bank, National Association, in its capacity as mortgage loan servicer and on behalf of the owner, completed a foreclosure proceeding on the property located at _290 REID ROAD, VILLA RICA, GA 30180_ (the "Property") and has retained me as the real estate agent with respect to the Property.

If you are an occupant of the Property, the following options may be available to you:

### Option # 1 - Relocation Assistance

If you desire to vacate the Property, the new owner of the Property may be willing to provide financial relocation assistance to help cover your relocation expenses associated with your moving from the Property. To be eligible, you must vacate the Property within a specified period of time and you must leave the Property in broom-clean condition. Certain restrictions apply. Please contact me to find out more information.

### Option #2 – Rent the Property

This Option #2 does not apply to former owners of the Property or a child, spouse or parent of a former owner of the Property.

If you are a tenant of the Property and you have an "Eligible Lease", as defined below, you may choose to continue renting the Property if you can provide a copy of your Eligible Lease, or other documentation in writing indicating the terms of your Eligible Lease, to me. To be an Eligible Lease, (a) the rent must not be substantially less than fair market rent for the Property, unless the rent is reduced or subsidized due to a federal, state or local subsidy program, (b) you must not be the mortgagor, or the child, spouse, or parent of the mortgagor of the Property, and (c) the lease must have been the result of an arms-length transaction. JP Morgan Chase Bank, National Association will honor the current term of an Eligible Lease for the present time; however, the Property may be listed for marketing and sale. If the Property is sold to a third party who intends